# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

136763

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 136763
    COA: 284520
    Wayne CC: 06-011918-FC

BENJAMIN GERALD TRICE,
     Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the May 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009 _____

                                         Clerk